**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Eric Dean Oxley
DWCC H-3-B DOC No. 427823
670 Bell Hill Rd.
Homer La 71040

**REHEARING ACTION: May 17, 2017**

**Docket Number: 16   00876-KH**

**STATE OF LOUISIANA**
**VERSUS**
**ERIC DEAN OXLEY**

**Writ Application from Sabine Parish Case No. 99 CR-52-196**

**BEFORE JUDGES:**

    **Hon. Phyllis M. Keaty**
    **Hon. Van H. Kyzar**
    **Hon. David E. Chatelain**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Eric Dean Oxley** has this day been

    **DENIED.**

cc: Hon. Don M. Burkett, Counsel for  the Respondent